# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| BRITTANI HILL, ) | CASE NO. 18-10423 |
| ) | Chapter 7 |
| DEBTOR. ) | |

## ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS

AT FORT WAYNE, INDIANA, ON August 28, 2018

Upon the Application of Martin E. Seifert, Trustee, for authority to hire the law firm of Haller & Colvin, P.C. as counsel under a general retainer to represent the Trustee's interest in this case, and it appearing that Haller & Colvin, P.C. are attorneys duly admitted to practice in this Court, that they represent no interest adverse to this estate, that their employment is necessary and is in the best interest of the estate, it is therefore

**ORDERED** that Martin E. Seifert, Trustee, is hereby authorized to hire the law firm of Haller & Colvin, P.C. as attorneys in the above-captioned case under general retainer.

**SO ORDERED.**

/s/ Robert E. Grant
**JUDGE, UNITED STATES BANKRUPTCY COURT**